# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

| | |
|---|---|
| Writer's Direct: | (212) 465-1188 |
| | cklee@leelitigation.com |

July 14, 2025

**Via ECF**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: *Estevez v. Chinese American Planning Council Home Attendant Program, Inc., et al.*
<u>Case No.: 1:24-cv-07069 (JPC)(BCM)</u>

Dear Judge Cronan:

We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants, to inform the Court that the parties have agreed to pursue class wide mediation with Martin Scheinman, Esq. The parties are conferring regarding scheduling and will provide the Court with the mediation date by July 21, 2025.

In view of the foregoing, the parties respectfully request that the Court (i) stay all discovery deadlines, and (ii) hold in abeyance Defendants' fully briefed motion to dismiss (Dkt. No. 18), and Defendants' fully briefed motion to stay discovery (Dkt. No. 41). Plaintiff also voluntarily withdraws his letter motion, filed on July 10, 2025, requesting a Local Rule 37.2 Conference regarding discovery disputes (Dkt. No. 51), with leave to renew depending on the outcome of the mediation.

This is the parties' first request to stay any deadlines in this matter. We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The instant request is granted. The Court finds good cause to stay this case, including all discovery deadlines, pending the outcome of mediation. The parties shall provide a mediation date by July 21, 2025. The Clerk of Court is respectfully directed to close Docket Numbers 51 and 52, and to stay this case.

SO ORDERED.
Date: July 15, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge