UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENDY JOEL ESTEVEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

CHINESE AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, INC,
CPC HAP HOLDINGS, INC.,
CHINESE-AMERICAN PLANNING COUNCIL INC.,
and WAYNE HO,
        Defendants.

Case No.: 1:24-cv-07069

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Wendy Joel Estevez hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated November 17, 2025, and annexed hereto as **Exhibit A**.

Dated: November 19, 2025

        Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Kenneth Kirschner, Esq.
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212)918-3000
Kenneth.kirschner@hoganlovells.com
*Attorneys for Defendants*



By: _____
C.K. Lee, Esq.