**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WENDY JOEL ESTEVEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

           Plaintiff,

  v.

CHINESE AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, INC,
CPC HAP HOLDINGS, INC.,
CHINESE-AMERICAN PLANNING COUNCIL INC.,
and WAYNE HO,

           Defendants.

**Case No.**: 1:24-cv-07069

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff to take a judgment against them, in the sum of Five Thousand Dollars and No Cents ($5,000.00) ("Judgment Amount") to resolve all of Plaintiff's individual FLSA claims against Defendants, inclusive of attorneys' fees related thereto, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 17, 2025 and filed as Exhibit A to Docket Number 60;

    **WHEREAS**, on November 19, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 60);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Wendy Joel Estevez, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 17, 2025 and filed as Exhibit A to Docket Number 60. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025   _____
      New York, New York                                     U.S.D.J.